

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

February 1, 2024

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701

Re: Case Number: 8:21-cv-01593-CJC-DFM
    Previously Superior Court Case No. 30-02021-01216844-CU-BT-CJC
    Case Name: Bruce Puterbaugh v. Oorah, Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 1/31/2024, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

Respectfully,

Clerk, U.S. District Court

By: /s/ Benjamin Moss
Deputy Clerk
Benjamin_Moss@cacd.uscourts.gov

FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

Encls.
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

FEB 2 1 2024
Date

Clerk, Superior Court

By: _____
    Deputy Clerk

G-17 (01/23)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT